**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7165**

---

ANDRIVIA FRANCES WELLS,

    Plaintiff - Appellant,

  v.

MECKLENBURG COUNTY CLERK OF PROBATE ESTATES; MEMPHIS L. SMITH, JR.; AUDRIS VERONICA FORD ASMOND,

    Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:23-cv-00356-MOC-SCR)

---

Submitted: March 28, 2024        Decided: April 2, 2024

---

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Andrivia Frances Wells, Appellant Pro Se. J.P. McGuire Boyd, Jr., WILLIAMS MULLEN, Richmond, Virginia, for Appellee Audris Veronica Ford Asmond.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrivia Wells seeks to appeal the district court's order dismissing her 42 U.S.C. § 1983 action for failure to state a claim. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on October 18, 2023. Wells filed the notice of appeal on November 20, 2023. Because Wells failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*